UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

Rec # 283292

IN RE:                                    CASE NO.   04-13788-BKC-RAM
ELDALEE E. WILSON

NOV 1 3 2009

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    270.00   remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver  the  funds
     before  presenting this notice. More than sufficient time  has
     passed for these checks to be presented for  payment,  or   the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011, of   the   names,  Claim   numbers   and   addresses
of the debtor(s)/creditor(s) and the amounts   to   which   they   are
entitled.

     WHEREFORE,   your trustee hereby gives notice that   the above
stated   sum   has   been   deposited   with   the   Clerk   of the U. S.
Bankruptcy Court, Southern  District  of Florida, to effect closing
of this estate.

Date:  NOV 1 2 2009                          _____
                                             NANCY N. HERKERT
                                             CHAPTER 13 TRUSTEE

Copies to:

ELDALEE E. WILSON

2101 NW 105TH STREET
MIAMI, FLORIDA 33147

CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   04-13788-BKC-RAM
ELDALEE E. WILSON


                                   CHAPTER 13


ELDALEE E. WILSON                  --------$        270.00

2101 NW 105TH STREET
MIAMI, FLORIDA 33147


CHRISTINE E. BRYCE, ESQUIRE
18350 NW 2ND AVE
SUITE 500
MIAMI, FL 33169

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130